Douglas C. Erickson, 012130
derickson@mmcec.com
Jennifer A. Sparks, No. 017502
jsparks@mmcec.com
**MAYNARD CRONIN ERICKSON CURRAN & SPARKS, P.L.C.**
3200 North Central Avenue, Ste. 1800
Phoenix, Arizona 85012
(602) 279-8500

Attorneys for JPMorgan Chase Bank, N.A.

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Yvonne Derry,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Chase Bank; James Dimon; Heidi G. Miller; American Brokers Conduit; Sharon Ing; American Home Mortgage Servicing, Inc.; Donald Heing; Alan B. Horn; Michael Strauss; Trustee for Transaction, et al.,<br><br>　　　　Defendants. | No. CV-09-02640-PHX-SRB<br><br>**MOTION TO STRIKE PLAINTIFF'S "MEMORANDUM SUBMITTED IN RESPONSE TO COURT'S ORDER" AND "RESPONSIVE MEMORANDUM TO DEFENDANT JPMORGAN CHASE BANK'S MOTION TO DISMISS"** |

Defendant JPMorgan Chase Bank, N.A. ("Chase") respectfully moves this Court to strike Plaintiff's "Memorandum Submitted in Response to Court's Order -- by Plaintiff" and "Responsive Memorandum to Defendant JPMorgan Chase Bank(s)' Motion to Dismiss and Defendant American Home Mortgage Servicing, Inc.'s Joinder in JPMorgan Chase Bank(s)' Motion to Dismiss." This motion is supported by the accompanying memorandum of points and authorities, which is incorporated herein.

### MEMORANDUM OF POINTS AND AUTHORITIES

Chase filed a Motion to Dismiss on December 28, 2009. On January 7, 2010, the Court issued a cautionary and instructive order reminding Plaintiff of her duty to timely respond to any motions and specifically directing Plaintiff to file a responsive memorandum to the Motion to Dismiss no later than January 21, 2010. Shortly thereafter, on January 8, 2010, Plaintiff

filed a response to the Motion to Dismiss, although it was a rambling document that did not refute the merits of the Motion to Dismiss. Subsequently, on January 19, 2010, Chase filed its Reply in Support of Motion to Dismiss. Following that Reply, Plaintiff filed yet two more documents purporting to address the Motion to Dismiss.

Those two documents should be stricken, pursuant to Local Rule 7.2(m)(1), in that they are not authorized by a statute, rule, or court order. Plaintiff filed her initial response pursuant to Local Rule 7.2(c), and no further or additional filings by Plaintiff were authorized.

In addition to the fact that the subsequent filings, which are the subject of this motion, are not authorized, a cursory (or detailed) review of those documents reveals that they are nothing more than fanciful rhetoric of a conspiracy theory relating to Plaintiff's loans, and the mortgage industry in general. They are not appropriate for this Court's consideration. They are untethered to reality or any legitimate legal authority. And, finally, they give Plaintiff a total of twenty-eight pages of purportedly responsive argument to the Motion to Dismiss. This is well in excess of the seventeen pages that she is allowed pursuant to Local Rule 7.2(c).

For any or all of these reasons, the identified filings should be stricken.

RESPECTFULLY SUBMITTED this 2nd day of February, 2010.

**MAYNARD CRONIN ERICKSON CURRAN & SPARKS, P.L.C.**

By /s/Douglas C. Erickson
Douglas C. Erickson
Jennifer A. Sparks
3200 North Central Avenue, Ste. 1800
Phoenix, Arizona 85012-2443
Attorneys for JPMorgan Chase Bank, N.A.

1  **ORIGINAL** of the foregoing e-filed this 2nd day of February, 2010, with:

2  Clerk of the Court
United States District Court
3  401 W. Jefferson
Phoenix, AZ  85003

4  **COPY** of the foregoing delivered via ECF and mailed this 2nd day of February, 2010, to:

5
Honorable Susan R. Bolton
6  United States District Court
Sandra Day O'Connor U.S. Courthouse, Suite 522
7  401 W. Washington, SPC 50
Phoenix, AZ 85003-2153

8  **COPY** of the foregoing mailed this 2nd day of February, 2010, to:

9
Yvonne Derry
10  10414 E. Hillside Drive
Fountain Hills, AZ 85268
11  Plaintiff Pro Per

12
By   /s/Stacey Tanner
13

- 3 -