# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Yvonne Derry, | ) | **JUDGMENT IN A CIVIL CASE** |
| | ) | |
| Plaintiff, | ) | CV 09-2640-PHX-SRB |
| | ) | |
| v. | ) | |
| | ) | |
| Chase Bank, James Dimon, Heidi G Miller, American Brokers Conduit, Inc., Sharon Ing, American Home Mortgage Servicing, Inc., Donald Heing, Alan B Horn, Michael Strauss and Trustee for Transaction, | ) ) ) ) ) ) | |
| Defendants. | ) | |

___  Jury Verdict.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

 X   Decision by Court.  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's order filed April 13, 2010, judgment is entered in favor of defendants and against plaintiff. Plaintiff to take nothing, and complaint and action are dismissed.

April 30, 2010

RICHARD H. WEARE
District Court Executive/Clerk

 s/S. Turner
By: Deputy Clerk

cc: (all counsel)